IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WESTERN STAR HOSPITAL AUTHORITY INC., | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. 18-1011 |
| v. | ) ) | JUDGE CERCONE |
| UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, | ) ) ) ) | *(Electronically Filed)* |
| Defendant. | ) | |

## MOTION FOR SUMMARY JUDGMENT

Defendant, the United States Department of Veterans Affairs, by and through its undersigned Counsel, pursuant to Rule 56(a) of the Federal Rules of Civil Procedure, respectfully moves the Court to issue an Order entering summary judgment in Defendant's favor and against Plaintiff. A Brief in support of this Motion, together with a Concise Statement of Material Facts and an Appendix of Exhibits, are being filed simultaneously herewith, and are incorporated herein by reference.

WHEREFORE, Defendant respectfully requests that the Court issue an Order granting summary judgment in Defendant's favor and against Plaintiff. A proposed Order is attached.

Respectfully submitted,

SCOTT W. BRADY
United States Attorney

/s/ Karen Gal-Or
KAREN GAL-OR
Assistant U.S. Attorney
Joseph F. Weis, Jr. U. S. Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
(412) 894-7326
Karen.GalOr@usdoj.gov
PA ID No. 317258

/s/ Jill L. Locnikar
JILL L. LOCNIKAR
Assistant U.S. Attorney
Joseph F. Weis, Jr. U. S. Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
(412) 894-7429
Jill.Locnikar@usdoj.gov
PA ID No. 85892

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of April, 2019, a copy of the within MOTION FOR SUMMARY JUDGMENT was served via electronic filing (CM/ECF) and/or first-class mail upon the following:

Richard J. Perr, Esq.
Phinorice J. Boldin, Esq.
Laura A. Seider, Esq.
Tenn Penn Center
1801 Market Street, Suite 1100
Philadelphia, PA 19103
Counsel for Plaintiff

*Counsel for Plaintiff*

/s/Karen Gal-Or
KAREN GAL-OR
Assistant U.S. Attorney

/s/ Jill L. Locnikar
JILL L. LOCNIKAR
Assistant U.S. Attorney